UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TAMARA LEE NIEMI,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　Case No. 2:17-cv-211
　　　　　　　　　　　　　　　　　　　　　　　HON. PAUL L. MALONEY
LOBDELL PERCY BROWN, III, et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the order dismissing this action entered on February 14, 2018 (ECF No. 5), and pursuant to Fed. R. Civ. P. 58, JUDGMENT hereby enters.

**IT IS SO ORDERED.**

Dated: February 14, 2018

                                                  /s/ Paul L. Maloney
                                                PAUL L. MALONEY
                                                UNITED STATES DISTRICT JUDGE